## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JAMAL SIMPKINS** | |
| **Plaintiff,** | **CAFN:** |
| **v.** | |
| **JAMES VOTION** and **D&M CARRIERS, LLC,** | **REMOVED FROM STATE COURT OF DEKALB COUNTY** **CIVIL ACTION FILE NO. 22A00079** |
| **Defendants.** | |

## DEFENDANT'S NOTICE OF REMOVAL TO
## UNITED STATES DISTRICT COURT

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW **D&M CARRIERS, LLC**, and files the following Notice of Removal to United States District Court, showing the Court as follows:

1.     This civil action was filed on or about January 7, 2022, in the State Court of Dekalb County, State of Georgia.

2.     That action is designated there as Civil Action File No.: 22A00079. Plaintiff's most recent demand to Defendant was in the amount of $190,000.00.

3.     Defendant D&M CARRIERS, LLC, was served through its registered agent on February 22, 2022. Defendant JAMES VOTION filed a timely Answer to

Plaintiff's Complaint on March 2, 2022. Therefore, this notice of removal is timely filed.

4.    Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 22A00079, pursuant to 28 USC §1446, attached hereto as Exhibit "A".

5.    Defendant D&M CARRIERS, LLC, is now, was at the commencement of Civil Action File No.: 22A00079, and at all times since has been a limited liability company organized and existing under the laws of the State of Oklahoma.

6.    Defendant D&M CARRIERS, LLC's Principal place of business at the time of filing of Civil Action File No.: 22A00079 was, and at all times since has been 8125 South West 15th Street Oklahoma City, OK 73128.

7.    The sole member of Defendant D&M CARRIERS, LLC, is David Freymiller. David Freymiller is now, was at the commencement of Civil Action File No.: 22A00079, and at all times since has been a citizen and resident of the State of Oklahoma.

8.    Defendant JAMES VOTION is an individual and citizen residing with the intent to remain in the State of Texas.

9.    Upon information and belief, Plaintiff is an individual and citizen residing with the intent to remain in the State of Georgia. (Compl. ¶ 6).

10.     The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

    a. Plaintiff's most recent demand to Defendant was in the amount of $190,000.00.

    b. "Amount in controversy" means simply the amount sought by Plaintiff that can be legally awarded by the fact-finder. "The jurisdictional fact in this case is not whether the damages are greater than the requisite amount, but whether a fact finder might legally conclude that they are: In other words, an amount that a plaintiff claims is not 'in controversy' if no fact finder could legally award it." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir., 2002). "[T]he plaintiffs' likelihood of success on the merits is largely irrelevant to the court's jurisdiction because the pertinent question is what is in controversy in the case, not how much the plaintiffs are ultimately likely to recover." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir., 2010). In a tort case the amount in controversy includes "general, special, and punitive

damages." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir., 2001).

11.     Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in State Court of Dekalb County, State of Georgia, marked as Exhibit "A".

12.     Defendant attaches hereto a copy of Defendant's Notice of Removal which will be filed promptly in the State Court of Dekalb County, State of Georgia, marked as Exhibit "B".

13.     All Defendants agree to this removal.

WHEREFORE the Defendant prays that the above action now pending against it in the State Court of Dekalb County, State of Georgia, be removed to this Court.

This <u>22nd</u> day of March, 2022.

HALL BOOTH SMITH, P.C.

*/s/ James E. Gilson*
JAMES E. GILSON
Georgia State Bar No 001150
MARK CHRISTOPHER
Georgia State Bar No 821387
SCOTT MOULTON
Georgia State Bar No. 974237
*Attorneys for D&M Carriers*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000 / F:  404.954.5020
jgilson@hallboothsmith.com

mchristopher@hallboothsmith.com
smoulton@hallboothsmith.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JAMAL SIMPKINS** | |
| **Plaintiff,** | **CAFN:** |
| **v.** | |
| **JAMES VOTION** and **D&M CARRIERS, LLC,** | **REMOVED FROM STATE COURT OF DEKALB COUNTY CIVIL ACTION FILE NO. 22A00079** |
| **Defendants.** | |

## CERTIFICATE OF COMPLIANCE

The foregoing ***DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT*** and request for trial date is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

This <u>22nd</u> day of March, 2022.

HALL BOOTH SMITH, P.C.

*/s/ James E. Gilson*
JAMES E. GILSON
Georgia State Bar No 001150
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
SCOTT H. MOULTON
Georgia State Bar No. 974237
*Counsel for D&M Carriers*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

Phone: (404) 954-5000
Fax: (404) 954-5020

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JAMAL SIMPKINS** | |
| **Plaintiff,** | **CAFN:** |
| **v.** | |
| **JAMES VOTION and D&M CARRIERS, LLC,** | **REMOVED FROM STATE COURT OF DEKALB COUNTY** |
| | **CIVIL ACTION FILE NO. 22A00079** |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by filing said document electronically which will automatically send electronic notification to the following:

Alberto Kim, Esq.
Robert H. Park, Esq.
KIM & PARK LAW, LLC
3065 Peachtree Industrial Blvd, Suite 200
Duluth, Georgia 30097
claims@rparklaw.com

This 22nd day of March, 2022.

HALL BOOTH SMITH, P.C.

/s/ James E. Gilson
JAMES E. GILSON

Georgia State Bar No 001150
*Attorney for D&M Carriers*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000/ F:  404.954.5020
jgilson@hallboothsmith.com