# **<u>EXHIBIT A</u>**

No. __22A00079_____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**Date Summons Issued and E-Filed**

**SUMMONS**

__1/7/2022_____

__/s/ Monica Gay_____

Deputy Clerk

Deposit Paid $ _____

__JAMAL SIMPKINS_____

__420 Stoneridge Way, Covington GA 30061__
Plaintiff's name and address

**vs.**

**[ ] JURY**

JAMES VOTION
_____

__507 Love Ave, Cleveland, Texas 77327__
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
 Alberto Kim, Kim & Park Law, LLC
Name
 3065 Peachtree Industrial Boulevard, Suite 200, Duluth, GA 30097
Address
 770-305-6252                                       743433
Phone Number                                       Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____     _____
Defendant's Attorney                         Third Party Attorney

_____     _____
Address                                      Address

_____     _____
Phone No.              Georgia Bar No.       Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability       Principal $ __39,695.40_____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability      Interest $ _____
☐Other
                                             Atty Fees $ _____
**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☐(**Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

No. __22A00079__

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**Date Summons Issued and E-Filed**

__1/7/2022__

**SUMMONS**

__/s/ Monica Gay__

Deputy Clerk

Deposit Paid $ _____

JAMAL SIMPKINS
_____

420 Stone Ridge Way, Covington, GA 30016
_____
Plaintiff's name and address

**[ ] JURY**

**vs.**

D&M CARRIERS, LLC, agent David Freymiller
_____

8125 SW 15th ST, Oklahoma City, OK 73128
_____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
 Alberto Kim, Kim & Park Law, LLC
_____
Name
 3065 Peachtree Industrial Boulevard, Suite 200, Duluth, GA 30097
_____
Address
 770-305-6252                                  743433
_____
Phone Number                          Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____          _____
Defendant's Attorney                                  Third Party Attorney

_____          _____
Address                                                      Address

_____          _____
Phone No.                          Georgia Bar No.          Phone No.          Georgia Bar No.

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐Other

Principal $ __39,695.40__

Interest $ _____

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
**☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

JAMAL SIMPKINS                                  :
                                                :
    Plaintiff,                        :            CIVIL ACTION FILE NO.  22A00079
                                                :
vs.                                             :
                                                :            _____
JAMES VOTION and                               :
D&M CARRIERS, LLC                              :
                                                :
    Defendants.                       :            **JURY TRIAL DEMANDED**

===============================================================

## PLAINTIFF'S COMPLAINT FOR INJURIES AND DAMAGES

COMES NOW, the Plaintiff, JAMAL SIMPKINS, and hereby files this Complaint for Injury and Damages, against the Defendants JAMES VOTION and D&M CARRIERS, LLC (hereinafter referred to as "Defendant"), and shows this Court as follows:

### INTRODUCTION

1.

This is an action for personal injury damages sustained by Plaintiff JAMAL SIMPKINS (hereinafter referred to as "Plaintiff") resulting from an automobile collision which occurred on February 5, 2021.

2.

On February 5, 2021, Plaintiff was the driver of a vehicle traveling southbound on I-85.

3.

Plaintiff suffered serious personal injuries when Defendants, in violation of the law, failed to maintain lane of travel and made an improper lane change into Plaintiff's vehicle.

4.

Plaintiff brings this action to recover the total cost of his past and future medical bills, lost wages, and pain and suffering.

**PARTIES**

5.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

6.

Plaintiff, JAMAL SIMPKINS, is a citizen of the State of Georgia and hereby consents to the jurisdiction and venue of this Court.

7.

Defendant, JAMES VOTION, is a resident of LIBERTY County, Cleveland, Texas. Service of process may be perfected upon Defendant at 507 Love Ave, Cleveland, Texas 77327. Defendant is subject to the jurisdiction and venue of this court because the Defendant committed tortious acts inside of DEKALB County.

8.

Defendant, D&M CARRIERS, LLC, is a domestic limited liability company authorized to do business in the State of Oklahoma with a principal office address of 8125 SW 15TH ST, Oklahoma City, Oklahoma 73128 and is subject to the jurisdiction and venue of this court for conducting business in the state of Georgia and committing tortious negligent acts in the state of Georgia. Service of process may be perfected upon this Defendant through its registered agent: David R. Freymiller at 8125 SW 15TH ST, Oklahoma City, Oklahoma 73128.

## FACTS

### 9.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

### 10.

On February 5, 2021, Plaintiff was the driver of a 2019 Toyota Camry vehicle traveling southbound on Interstate-85.

### 11.

Around the same moment, the Defendant was the driver of a 2018 Peterbilt Motors Conventional 250 Semi-Trailer traveling southbound on Interstate-85 to the left of Plaintiff's vehicle.

### 12.

The Defendant in a clear violation of the law, failed to maintain his lane of travel and made an improper lane change into Plaintiff's lane of travel causing a collision.

## COUNT ONE – NEGLIGENCE AND NEGLIENCE PER SE
## DEFENDANT JAMES VOTION

### 13.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

### 14.

Defendants breached their duty to exercise due care as a driver of the road.

15.

Defendants breached their duty to obey the rules of the road by making an improper lane change.

16.

Defendants are liable to Plaintiff for the following tortious acts and omissions, which include, but are not necessarily limited to, the following:

(a)    Driving too fast for conditions in violation of O.C.G.A. § 40-6-180;

(b)    Improper lane change O.C.G.A. § 40-6-123;

(c)    Failure to maintain lane O.C.G.A. § 40-6-48; and

(d)    Failure to exercise due care when driving and/or engaging in distracted driving as governed by O.C.G.A. § 40-6-241 et seq.

**COUNT TWO – VICARIOUS LIABILITY & RESPONDEAT SUPERIOR**

17.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

18.

At all times material, Defendant D&M CARRIERS, LLC, employed Defendant JAMES VOTION. Defendant JAMES VOTION was under Defendant D&M CARRIERS, LLC's direct supervision, employment, and control when he committed the negligent acts described herein. Defendant JAMES VOTION engaged in this conduct while acting in the course and scope of his employment with Defendant D&M CARRIERS, LLC. Therefore, Defendant D&M CARRIERS, LLC is liable for the negligent conduct of Defendant JAMES VOTION under the law of vicarious liability, including the Doctrine of Respondeat Superior.

## COUNT THREE – NEGLIGENT ENTRUSTMENT

## DEFENDANT D&M CARRIERS, LLC

### 19.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

### 20.

Defendant D&M CARRIERS, LLC is the owner or had control over the vehicle that was used in Defendant JAMES VOTION's negligent acts. Defendant D&M CARRIERS, LLC negligently entrusted their vehicle to Defendant JAMES VOTION who was unfit and incapable of safely driving a vehicle. Defendant JAMES VOTION's negligence in causing a collision on February 5, 2021 was the direct and proximate cause of Plaintiff's injuries. Defendant D&M CARRIERS, LLC failed to properly hire, train, retain and supervise their employees so that they would not cause harm to persons such as Plaintiff, proximately causing injuries to the Plaintiff. Therefore, Defendant D&M CARRIERS, LLC is liable for the negligent conduct of Defendant JAMES VOTION under the law of Negligent Entrustment.

### 21.

Defendants' negligence in causing a collision on February 5, 2021 was the direct and proximate cause of the injuries to the Plaintiff.

## COUNT FOUR – GENERAL DAMAGES

### 22.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

23.

As a result of Defendant's conduct, acts and negligence, Plaintiff sustained severe personal injuries from which he has suffered and continues to suffer.

24.

As a result of his injuries, Plaintiff has suffered mental and physical pain, and as he presently knows, he will continue to so suffer.

25.

By virtue of Defendant's negligence, conduct, acts and omissions, he has injured and damaged Plaintiff in an amount to be determined by the enlightened consciences of impartial jurors.

**COUNT FIVE – SPECIAL DAMAGES**

26.

Plaintiff re-alleges and incorporates by reference each of the allegations and numbered paragraphs set forth above as if fully set forth herein.

27.

As a direct and proximate result of the collision caused by Defendants' negligence on February 5, 2021, Plaintiff JAMAL SIMPKINS sustained injuries that forced him to incur the following past medical bills:

| | | |
|---|---|---|
| Wellstar Health System | : | $ 25,723.40 |
| Quantum Radiology PC | : | $ 1,894.00 |
| The Bortolazzo Group | : | $ 1,485.00 |
| Brown Arrowhead Clinic | : | $ 8,855.00 |
| Metro Medical | : | $ 1,738.00 |
| **Total Amount** | : | **$ 39,695.40** |

28.

As a direct and proximate result of the injuries the Plaintiff sustained on February 5, 2021, the Plaintiff will incur additional medical bills in the future in the amount to be proven at trial.

29.

As a direct and proximate result of the acts and omissions of the Defendants, the Plaintiff has incurred special damages, past and future medical bills, lost wages, general damages and pain and suffering in an amount to be proven at trial.

30.

The Plaintiff has experienced physical pain and mental anguish as a result of the Defendants' negligence and will, in reasonable probability, do so in the future by reason of the nature and severity of his injuries and disfigurement. Plaintiff has been caused to incur medical expenses and will continue to incur medical expenses in the future for the treatment of her injuries caused by Defendant's negligence.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff, JAMAL SIMPKINS, prays as follows:

(a)    That Summons and Complaint be filed and issued, and that process be issued according to law;

(b)    That Plaintiff have judgment against the Defendant for any and all damages allowed by law;

(c)    That Plaintiff have judgment against the Defendants for general damages and special damages to compensate the Plaintiff for all damages sustained, including past and present general and special damages and future damages;

(d)     That all costs of this action be cast against the Defendants;

(e)     That Plaintiff have judgment for pre-judgment and post-judgment interest pursuant

to O.C.G.A. § 51-12-14 and O.C.G.A. § 7-4-12 as allowed by law;

(f)     That Plaintiff be awarded attorney fees and expenses of litigation pursuant to

O.C.G.A § 13-6-11, and as otherwise authorized by law; and

(g)     For such other and further relief as this Court deems just and proper.

This _31_ day of _December_ 2021.

Respectfully submitted,

**Alberto Kim, Esq**
Georgia Bar No. 743433
**Robert H Park, Esq**
Georgia Bar No. 466961
*Attorneys for Plaintiff*

**Kim & Park Law, LLC**
3065 Peachtree Industrial Blvd, Suite 200
Duluth, GA 30097
(o) 770-305-6252
(f) 877-705-6637
claims@rparklaw.com

STATE COURT OF
DEKALB COUNTY, GA.
1/7/2022 11:22 AM
E-FILED
BY: Monica Gay

- 8 -

THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

JAMAL SIMPKINS                          :
                                        :
        Plaintiff,                      :           CIVIL ACTION FILE NO. 22A00079
                                        :
vs.                                     :
                                        :           _____
JAMES VOTION and                        :
D&M CARRIERS, LLC                       :
                                        :
        Defendants.                     :

## DEMAND FOR TRIAL BY JURY BY TWELVE

COMES NOW, the Plaintiff, JAMAL SIMPKINS, and hereby files this Demand for Trial by Jury by Twelve as provided by law.

Respectfully submitted, this *3/* day of *December*, 2021.

Respectfully submitted,

_____

**Alberto Kim, Esq**
Georgia Bar No. 743433
**Robert H Park, Esq**
Georgia Bar No. 466961
*Attorneys for Plaintiff*

**Kim & Park Law, LLC**
3065 Peachtree Industrial Blvd, Suite 200
Duluth, GA 30097
(o) 770-305-6252
(f) 877-705-6637
claims@rparklaw.com

STATE COURT OF
DEKALB COUNTY, GA.
1/7/2022 11:22 AM
E-FILED
BY: Monica Gay

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **JAMAL SIMPKINS** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO. 22A00079** |
| **v.** | |
| **JAMES VOTION and D&M CARRIERS, LLC,** | |
| **Defendants.** | |

### DEFENDANT JAMES VOTION'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW **JAMES VOTION**, a Defendant in the above-styled action, and files his Answer to Plaintiff's Complaint, showing this Honorable Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant denies that he was negligent in any manner, or that any negligent act or omission on Defendant's part caused or contributed to any injury or damage alleged to have been sustained by the Plaintiff.

### THIRD DEFENSE

Plaintiff has failed to mitigate his damages and is therefore barred from recovery.

### FOURTH DEFENSE

Plaintiff's alleged damages were directly and proximately caused by Plaintiff's own contributory/comparative negligence and failure to exercise ordinary care and, as such, Plaintiff is not entitled to recover from Defendant.

## FIFTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided the incident referenced in the Complaint and, therefore, Plaintiff is not entitled to recover from Defendant.

## SIXTH DEFENSE

Some or all of Plaintiff's claims may be barred by the doctrines of waiver, consent, release, failure of consideration, estoppel, fraud, illegality, injury by fellow servant, laches, license, Statute of Frauds, payment and/or accord and satisfaction.

## SEVENTH DEFENSE

To the extent any claim for punitive damages or attorney's fees and expenses of litigation, pursuant to O.C.G.A. § 13-6-11 or pursuant to any other theory, is or may be made by Plaintiff, no basis exists for such claims and, further, imposing punitive damages under the circumstances of this case upon Defendant would violate his rights under the Constitution of the State of Georgia and the United States Constitution.  Further in this regard, Defendant specifically shows that a *bona fide* dispute exists to the extent that Defendant is not liable to Plaintiff.

## EIGHTH DEFENSE

Defendant reserves the right to seasonably amend these affirmative defenses as needed or as warranted by the discovery in this case.

## NINTH DEFENSE

This Defendant denies that he caused the Plaintiff to suffer the injuries alleged.

## TENTH DEFENSE

Plaintiff's medical expenses must be reduced to the extent that they exceed the reasonable or customary amounts.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred to the extent that Plaintiff's damages are the result of a preexisting or otherwise unrelated medical condition.

**TWELFTH DEFENSE**

This Defendant responds to the individually numbered paragraphs of the Complaint as follows:

1.

Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2.

Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.

Defendant denies the allegations contained in Paragraph 3 of the Complaint.

4.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

**PARTIES**

5.

Defendant reasserts his responses to paragraphs 1 - 4 of Plaintiff's Complaint.

6.

On information and belief, Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7.

Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

**FACTS**

9.

Defendant reasserts his responses to paragraphs 1 - 8 of Plaintiff's Complaint.

10.

Defendant admits the allegations contained in Paragraph 10 of the Complaint.

11.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12.

Defendant denies the allegations contained in Paragraph 12 of the Complaint.

**COUNT ONE – NEGLIGENCE AND NEGLIGENCE PER SE**

**DEFENDANT JAMES VOTION**

13.

Defendant reasserts his responses to paragraphs 1 - 12 of Plaintiff's Complaint.

14.

Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.

Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.

Defendant denies the allegations contained in Paragraph 16 of the Complaint.

**COUNT TWO – VICARIOUS LIABILITY & RESPONDEAT SUPERIOR**

17.

Defendant reasserts his responses to paragraphs 1 - 16 of Plaintiff's Complaint.

18.

Defendant denies the allegations contained in Paragraph 18 of the Complaint.

**COUNT THREE – NEGLIGENT ENTRUSTMENT**

**DEFENDANT D&M CARRIERS, LLC**

19.

Defendant reasserts his responses to paragraphs 1 - 18 of Plaintiff's Complaint.

20.

Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21.

Defendant denies the allegations contained in Paragraph 21 of the Complaint.

**COUNT FOUR – GENERAL DAMAGES**

22.

Defendant reasserts his responses to paragraphs 1 - 21 of Plaintiff's Complaint.

23.

Defendant denies the allegations contained in Paragraph 23 of the Complaint.

24.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

25.

Defendant denies the allegations contained in Paragraph 25 of the Complaint.

## COUNT FIVE – SPECIAL DAMAGES

26.

Defendant reasserts his responses to paragraphs 1 - 25 of Plaintiff's Complaint.

27.

Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

29.

Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30.

Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31.

Defendant denies that Plaintiff is entitled to the relief prayed for in his Prayer for Relief.

32.

Defendant denies any and all allegations of Plaintiff's Complaint not expressly admitted herein.

WHEREFORE, Defendant having fully answered Plaintiff's Complaint for Damages, prays as follows:

a)      that he be discharged without cost or liability;

b)      that he have a trial by a jury of twelve persons as to all issues properly triable by a jury;

c)      that a Pre-Trial Conference be held;

d)      that all costs and attorneys' fees be assessed against Plaintiff; and

e)      that he have such other relief as the Court deems just and proper

This 2nd day of March, 2022.

HALL BOOTH SMITH, P.C.

*/s/ James E. Gilson*
JAMES E. GILSON
Georgia State Bar No 001150
MARK CHRISTOPHER
Georgia State Bar No 821387
SCOTT MOULTON
Georgia State Bar No 974237
*Attorneys for James Votion*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000 / F:  404.954.5020
jgilson@hallboothsmith.com
mchristopher@hallboothsmith.com
smoulton@hallboothsmith.com
**DEFENDANT DEMANDS
TRIAL BY JURY OF 12**

STATE COURT OF
DEKALB COUNTY, GA.
3/2/2022 1:20 PM
E-FILED
BY: Kelly Johnson

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **JAMAL SIMPKINS** | |
|     **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| | **22A00079** |
| **v.** | |
| **JAMES VOTION and D&M CARRIERS, LLC,** | |
|     **Defendants.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT JAMES VOTION'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** upon all parties to this matter by filing said document with Odyssey E-File which will automatically send electronic notification to the following:

Alberto Kim, Esq.
Robert H. Park, Esq.
KIM & PARK LAW, LLC
3065 Peachtree Industrial Blvd, Suite 200
Duluth, Georgia 30097
claims@rparklaw.com

This 2nd day of March, 2022.

HALL BOOTH SMITH, P.C.

/s/ James E. Gilson
JAMES E. GILSON
Georgia State Bar No 001150
*Attorney for James Votion*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000/ F:  404.954.5020
jgilson@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY OF 12**

73621915-1

8 of 8

TO:            All Judges, Clerks of Court and Counsel of Record

FROM:        Scott H. Moulton, Esquire                              22A00079

RE:            Notice of Leave of Absence

DATE:        March 10, 2022

_____

      COMES NOW, Scott H. Moulton, Esquire, and respectfully notifies all Judges before whom he has pending cases, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Uniform Superior Court Rule 16.

    1.    The periods of leave during which Scott H. Moulton, Esquire, will be away from the practice of law is:

- **March 17, 2022 – March 21, 2022 (vacation);**
- **April 8, 2022 – April 13, 2022 (vacation);**
- **April 20, 2022 – April 25, 2022 (vacation);**
- **August 10, 2022 – August 16, 2022 (vacation); and**
- **November 2, 2022 – November 9, 2022 (vacation).**

    2.    Unless opposing counsel files a written objection within ten (10) days with the Clerk of Court, with a copy to the Court and all counsel of record, or the Court responds denying the leave, such leave will stand granted without entry of an Order.  Uniform Superior Court Rule 16.1(c).

Respectfully submitted this <u>10th</u> day of March, 2022.


**HALL BOOTH SMITH, P.C.**


              */s/ Scott H. Moulton*_____
BY:   Scott H. Moulton

191 Peachtree Street
Suite 2900
Atlanta, GA 30303
TEL (404) 954-5000
FAX (404) 954-5020

1

**STATE COURT OF
DEKALB COUNTY, GA.
3/10/2022 3:23 PM
E-FILED
BY: Michelle A Cheek**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing Notice of

Leave of Absence for Scott H. Moulton upon all Judges, Clerks and Opposing Counsel listed on

the attached Exhibit "A" electronically via Odyssey E-file:

This <u>10th</u> day of March, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Scott H. Moulton*
Scott H. Moulton
GA State Bar No. 974237

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303
TEL (404) 954-5000
FAX (404) 954-5020
smoulton@hallboothsmith.com

2

**EXHIBIT A**

| Name/Number of Case | Court Pending/Judge | Opposing Counsel |
|---|---|---|
| Simpkins, Jamal v. James Votion and D&M Carriers, LLC<br><br>CAFN: 22A00079 | Clerk of Court<br>State Court of DeKalb County<br><br>Judge Wayne M. Purdom | Alberto Kim<br>Robert H. Park<br>Kim & Park Law, LLC<br>3065 Peachtree Industrial Boulevard<br>Suite 200<br>Duluth, GA 30097 |